FILED
JAN 22 2010
BANKRUPTCY COURT
OAKLAND, CALIFORNIA

1  DONALD H. CRAM, III (State Bar No. 160004)
   ADAM N. BARASCH (State Bar No. 158220)
2  BERNARD J. KORNBERG (State Bar No. 252006)
   MARK D. LONERGAN (State Bar No. 143622)
3  SEVERSON & WERSON, P.C.
   One Embarcadero Center, Suite 2600
4  San Francisco, CA 94111
   Telephone: (415) 677-5533
5  Facsimile: (415) 677-5664
   Email: anb@severson.com
6
   Attorneys for Movant
7  WACHOVIA DEALER SERVICES, INC.

8
               UNITED STATES BANKRUPTCY COURT
9
               NORTHERN DISTRICT OF CALIFORNIA
10
                        OAKLAND DIVISION
11

| | |
|---|---|
| In re<br>MARA YVETTE BURNS,<br><br>   Debtor(s),<br>WACHOVIA DEALER SERVICES, INC.,<br><br>   Movant,<br><br>vs.<br>MARA YVETTE BURNS, Debtor(s),<br>Nonbankrupt Co-Debtor B' NAI D.<br>BURNS and MARTHA G.<br>BRONITSKY, Chapter 13 Trustee,<br><br>   Respondents. | Case No. 09-41767-EDJ-13<br><br>Chapter 13<br><br>RS No.: DHC-4035<br><br>Date: 01/22/2010<br>Time: 10:00 AM<br>Judge: Hon. Edward D. Jellen<br>Place: 1300 Clay Street<br>    Room 215<br>    Oakland, CA 94612 |

**ORDER GRANTING WACHOVIA DEALER SERVICES, INC.'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY AS TO DEBTOR AND NONBANKRUPT CO-DEBTOR**

Wachovia Dealer Services, Inc.'s ("Movant") motion came on regularly for hearing on the above captioned date and time before the Honorable Edward D. Jellen. Movant appeared by and through its attorney of record Adam N. Barasch of the law firm of Severson & Werson, P.C. All other appearances were per Court record.

Upon consideration of Movant's motion, any opposition, and the pleadings and

1 files in this case, and finding that service of the motion was proper:

2   IT IS HEREBY ORDERED that Movant's Motion for Relief From the Automatic

3 Stay as to the interests of the above captioned Debtor(s), Co-debtor, and the Chapter 13

4 Trustee (on behalf of the Debtor's estate) in the a 2006 Pontiac GTO, Vehicle

5 Identification No. 6G2VX12U36L517718 ("Vehicle"), is hereby granted and Movant, its

6 agents, assigns, employees, and successors in interest shall have immediate relief from

7 the Automatic Stay to take any actions to repossess and/or dispose of the Vehicle in

8 accordance with applicable non-bankruptcy law.

9   IT IS FURTHER ORDERED that the fourteen (14) day waiting period of

10 Bankruptcy Rule 4001(a)(3) is expressly waived.

11 Dated:

12

13 JAN 2 2 2010                By: _____
                               Hon. Edward D. Jellen
                               United States Bankruptcy Judge

28 30000/4035/785612.1
Burns 30000-4035          Order Re: Relief From Stay          page 2